**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                    Case No. 2011-31987 RAM
                                                                                  Chapter 13

Armando Dominguez
Balbina Dominguez

_____Debtor_____/

**CERTIFICATE OF SERVICE ORDER SUSTAINING OBJECTION TO CLAIM OF SAGA BAY PROPERTY OWNERS ASSOC. (DOC 88)**

I hereby certify that a true copy of the Order Sustaining OBJECTION TO CLAIM entered September 30, 2013 was served by US Mail and in the manner indicated on September 30, 2013

to:

| | |
|---|---|
| Debtors Armando Dominguez and<br>Balbina Dominguez<br>15540 SW 171 ST<br>MIAMI FL 33187 | Saga Bay Property Owners Assoc., Inc.<br>Attn: Susan Ludovici, PA.,<br>Registered Agent<br>17415 South Dixie Hwy<br>Palmetto Bay, FL 33157 |
| Saga Bay Property Owners Assoc., Inc.<br>c/o Harbor Management Services<br>PO Box 924176<br>Homestead, FL 33092-4176 | Nancy Herkert, Trustee<br>PO Box 279806<br>Miramar, FL 33027<br>and by ECF |

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 910(A).

s/ *Drew S. Sheridan*
_____
Signature of Attorney for Serving Party
DREW S. SHERIDAN, ESQ.
7765 S.W. 87th Avenue, Suite 102
Miami, Florida 33173
Tel. (305) 596-3368
Fax (305) 596-3355
Fla. Bar No. 240631
primary: sheridancourtnotice@gmail.com
correspondence: drewsheridan@drewsheridanpa.com