

## ORDERED in the Southern District of Florida on February 23, 2014.

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
Miami Dade Division

In re:                                              Case No.  2011-31987 RAM
Armando Dominguez
Balbina Dominguez                                   Chapter 13

_____Debtor_____/

## ORDER SUSTAINING OBJECTION TO CLAIM

THIS CAUSE having come before the court upon the Debtors' Objection to Claim and Certification of No Response and this court having considered the basis for the objection to the claim, and being otherwise duly advised in the premises, it is

**ORDERED** that the Debtors' objection to the following claim is sustained and the claim is stricken.

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 13 | Capital One, NA<br>c/o Bass & Associates<br>3936 E. Ft. Lowell Rd. Suite 200<br>Tuscon, AZ 85712 | $648.67 | Strike and Disallow Secured Claim<br>Failure to describe collateral and show proof of security interest |

**###**

**Submitted by:**

DREW S. SHERIDAN, ESQ.
Attorney for Debtors
7765 S.W. 87th Avenue, Suite 102
Miami, Florida 33173
Tel. (305) 596-3368
Fax (305) 596-3355
Fla. Bar No. 240631
Primary: sheridancourtnotice@gmail.com
correspondence: drewsheridan@drewsheridanpa.com

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).